IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 2 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | 2:03-CR-0047 (10) |
| § | |
| MANUEL D. LUJAN § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE

Defendant has filed a motion to vacate, set aside or correct sentence by a person in federal custody. On March 30, 2007, the United States Magistrate Judge entered a Report and Recommendation recommending therein that defendant's motion be dismissed as time barred. No objections to the Report and Recommendation have been filed of record as of this date.

The United States District Judge has made an independent examination of the record in this case and has examined the Report and Recommendation of the Magistrate Judge. The District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. It is the further ORDER of the Court that defendant's motion to vacate, set aside or correct sentence should be, and hereby is, DISMISSED.

IT IS SO ORDERED.

ENTERED this _2nd_ day of _May_ 2007.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE